UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-128 |
| ) | |
| v. ) | |
| ) | MATTICE / LEE |
| JERRY WAYNE ALEXANDER, JR. ) | |

## ORDER OF DETENTION PENDING TRIAL

Defendant JERRY WAYNE ALEXANDER, JR. was scheduled to appear for a detention hearing. A motion to waive detention hearing was filed with the Court [Doc. 33]. The motion to waive is hereby **GRANTED** and based on this motion to waive I find defendant, with advice of counsel, waived his right to a detention hearing with the understanding that a hearing may be granted at a later date on proper motion of defendant.

Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

SO ORDERED.

ENTER:

                                            s/ *Susan K. Lee*
                                            SUSAN K. LEE
                                            UNITED STATES MAGISTRATE JUDGE